

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2015

No. 04-15-00159-CV

Ronald **MENSCH,**
Appellant

v.

**STATE FARM & CASUALTY COMPANY,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI02326
Honorable Stephani Walsh, Judge Presiding

## O R D E R

The clerk's record was due May 4, 2015, but it was not filed. On May 6, 2015, the clerk filed a notification of late record stating the record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

We order appellant, Ronald F. Mensch, to provide written proof to this court on or before May 22, 2015, that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1 and 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court